UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X

UNITED STATES OF AMERICA  :  **CONSENT ORDER MODIFYING CONDITIONS OF RELEASE**

-against-  :  2:15-cr-00317-MCA-1

PATRICK TALIAFERRO, ANDRE CARTER  :

:
-----------------------------------------------------------------X

This matter having come before the Court on the application of defendant Patrick Taliaferro through counsel Joseph Corozzo, Esq., for an order modifying the bail conditions to permit Mr. Taliaferro to work in Jersey City, New Jersey, Tuesday through Saturday from 9:00am to 5:00pm. The specific business, the location of said business, and the name of Mr. Taliaferro's supervisor at said business have been provided to the United States Attorney's Office and the United States Probation Department Pretrial Services. The United States, Paul J. Fishman, United States Attorney, by Courtney Howard, Assistant United States Attorney, and Pretrial Services, by Barbara Hutcherson, consent to this application.

IT IS on this 24 day of September 2015

ORDERED that bail conditions be modified to permit Mr. Taliaferro to work as specified in this order.

/s/ Joseph Corozzo

JOSEPH COROZZO, ESQ.
Counsel to Patrick Taliaferro

_____
COURTNEY HOWARD, A.U.S.A.

_____
UNITED STATES DISTRICT JUDGE
Hon. Michael A. Hammer, U.S.M.J.